**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ***JERRY JELLIS, #B-64671*** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Cause No. 3:15-cv-00630-NJR-DGW** |
| ***R. HARRINGTON, LT. TOURVILLE, R. DAVIS, C/O HALE, C/O LINDENBERG, LT. VEATH, JASON HART, AMY LANG, DR. SHEARING,*** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANT'S MOTION TO CONTINUE

COMES NOW Defendant, Robert Shearing, M.D., by and through his attorneys, Sandberg Phoenix & von Gontard P.C., and for his Motion to continue the Pavey evidentiary hearing set for June 23, 2016 states as follows:

1. Plaintiff filed this §1983 law suit on June 15, 2015 alleging that Dr. Shearing was deliberately indifferent to his serious medical needs when Plaintiff was not called for a pass to see the Doctor on September 20, 2013 and Dr. Shearing did not respond to correspondence. [Doc. 1].

2. On August 19, 2015 Dr. Shearing filed his Answer to Plaintiff's Complaint and Affirmative Defense of Plaintiff's failure to exhaust his administrative remedies. [Doc. 30].

3. On December 21, 2015 Dr. Shearing filed his Motion for Summary Judgment on the issue of Plaintiff's failure to exhaust his administrative remedies, and Memorandum of Law in support of. [Doc. 57, Doc. 58].

4. Plaintiff filed a Response to Dr. Shearing's Motion for Summary Judgment arguing that



7453692.1

meetings with his Correctional Counselor Monica Nippe cited in Dr. Shearing's Memorandum of Law could not have taken place as the dates were Saturdays, and Counselor's did not work on Saturday. [Doc. 63].

5. Dr. Shearing filed his Reply to Plaintiff's Response, pursuant to Local Rule 7.1(c) providing the Court with Two affidavits from Ms. Nippe testifying as to her custom and practice for handling inmate grievances and that she received no grievances from the Plaintiff between August 8, 2013 and June 8, 2015, and second, that she was working on the Saturdays which Plaintiff disputed. [Exhibits A and B to Doc. 64].

6. On June 15, 2016 the Court set this matter for a Pavey Evidentiary Hearing at 10:30 AM on June 23, 2016. [Doc. 74]. On June 16, 2016 the undersigned counsel contacted the Assistant Attorney General representing the IDOC Defendants in this matter about arranging for Ms. Nippe to testify, via video from Menard Correctional Center, as a witness for Dr. Shearing. The undersigned was informed that Ms. Nippe would be on vacation out of state on June 23, 2016.

7. Ms. Nippe has agreed to serve as a witness for Dr. Shearing, and will return to work on June 30, 2016. Dr. Shearing, therefore, requests that the Pavey Evidentiary Hearing set for June 23, 2016 be continued to a date after June 30, 2016 to allow for Ms. Nippe to provide testimony as to Plaintiff's grievances.

WHEREFORE, Defendant requests that the Pavey Evidentiary Hearing set for June 23, 2016 be continued, and for such other and further relief as this Court deems just and proper.

SANDBERG PHOENIX & von GONTARD P.C.

By: *s/Carla G. Tolbert*
Timothy P. Dugan, #6271610
Carla G. Tolbert, #6305104
600 Washington Avenue - 15th Floor
St. Louis, MO 63101-1313
314-231-3332
314-241-7604 (Fax)
tdugan@sandbergphoenix.com
ctolbert@sandbergphoenix.com
*Attorneys for Defendant Robert Shearing, M.D.*

**Certificate of Service**

I hereby certify that on the 17th day of June, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Christine McClimans
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
cmcclimans@atg.state.il.us
*Attorneys for Richard Harrington, John Tourville, Ryan Davis, Larry Hale, Donald Lindenberg, Jason Hart, Aimee Lang, Lt Timothy Veath*

I hereby certify that on the 17th day of June, 2016, the foregoing was mailed by United States Postal Service to the following non-participant in Electronic Case Filing:

Jerry Jellis, #B-64671
LEGAL MAIL
Lawrence Correctional Center
10930 Lawrence Road
Sumner, IL 62466
*Pro Se*

*s/Carla G. Tolbert*