UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| JERRY JELLIS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:15-cv-630-GCS |
| | ) | |
| LARRY HALE, | ) | |
| DONALD LINDENBERG, and | ) | |
| AIMEE LANG | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**SISON, Magistrate Judge:**

Before the Court are motions *in limine* filed by Plaintiff Jerry Jellis (Doc. 264) and by Defendants Larry Hale, Donald Lindenberg, and Aimee Lang (Doc. 266). Having reviewed the positions of the parties, the Court rules as follows, using the numbering listed in each party's motion:

1. **Plaintiff's I** seeking to exclude evidence relating to Plaintiff's arrests, convictions and prior bad acts: The Court **RESERVES RULING** and will hear argument by the parties at the final pretrial conference.

2. **Plaintiff's II** seeking to exclude references to any of Plaintiff's disciplinary history unrelated to the claims in this action: **GRANTED**.

3. **Plaintiff's III** seeking to bar reference to grievances submitted by Plaintiff that are not at issue in this case: The Court **RESERVES RULING** and will hear argument by the parties at the final pretrial conference.

4. **Plaintiff's IV** seeking to bar all expert opinion testimony regarding Plaintiff's medical condition or causation: **GRANTED**.

5. **Plaintiff's V** seeking to bar any reference to the dismissal of previously named Defendants: **GRANTED**.

6. **Plaintiff's VI** seeking to bar any reference regarding juror's pecuniary interests as taxpayers: **GRANTED**.

7. **Plaintiff's VII** seeking the exclusion of non-party witnesses from the courtroom: **GRANTED**.

8. **Plaintiff's VIII** seeking exclusion of any testimony from Defendants that is inconsistent with their undisputed material facts submitted in support of their motion for summary judgment: **DENIED**.

9. **Defendants' I** seeking to prohibit Plaintiff from offering evidence or testimony suggesting that the State of Illinois may indemnify Defendants: **GRANTED**.

10. **Defendants' II** seeking to prohibit Plaintiff from offering evidence or testimony of other lawsuits involving Defendants: **GRANTED**.

11. **Defendants III** seeking to prohibit Plaintiff from offering evidence or testimony of any misconduct, reprimand, or grievance issued against Defendants: **GRANTED**, but, to the extent the prior misconduct, reprimand, and/or grievance involves Defendants' conduct towards Plaintiff, the Court will consider admitting the evidence at trial.

12. **Defendants' IV** seeking to prohibit Plaintiff from offering evidence or testimony referencing any "Golden Rule" appeal: **GRANTED**.

13. **Defendants' V** seeking to prohibit Plaintiff from offering evidence or testimony referencing the Illinois Administrative Code, Illinois Department of Corrections Administrative Directives, and/or Illinois Department of Corrections Policies and Procedures: The Court **RESERVES RULING** and will hear argument by the parties at the final pretrial conference.

14. **Defendants' VI** seeking to prohibit Plaintiff and his witnesses from testifying regarding the causation of any medical or mental health condition: **GRANTED** but Plaintiff can testify as to his own personal observations and experiences about his medical and mental health conditions. Other lay witnesses likewise may testify about what they observed of Plaintiff.

15. **Defendants' VII** seeking to bar Plaintiff from offering inadmissible hearsay statements of any medical or mental health conditions: **GRANTED**.

16. **Defendants' VIII** barring Dr. John Coe from offering expert testimony: **GRANTED**.

17. **Defendants' IX** barring Plaintiff and his attorney from making reference to video cameras or video surveillance that may not have been preserved: The Court **RESERVES RULING** and will hear argument by the parties at the final pretrial conference.

**IT IS SO ORDERED.**

Dated: October 27, 2019.

Digitally signed by Judge Sison
Date: 2019.10.27 06:45:18 -05'00'

GILBERT C. SISON
United States Magistrate Judge